Jacob Stangle, appellee, v. Thomas Muscato et al., defendants.
Appeal of B. M. Patton, appellant. Gen. No. 40,364.

Opinion filed February 27, 1939. Rehearing denied March 24, 1939.

Paul G. Sullins and Walter H. Shurtleff, for appellant. Levy, Sonnenschein & Mitchell, for appellee.

Mr. Justice Friend delivered the opinion of the court.